Eastern Federal District Court.

Scott Prouty
(Plaintiff)

Jan 2, 2020

20-C-0052

vs.

State of Wisconsin; D.O.C. Secretary Karr; SCI Warden Richardson; NCCI Warden 2016-2018.
(Defendant)

42 U.S.C ss 1983 Claim

Plaintiff Prouty seeks permission to pursue a claim under 42 U.S.C ss 1983, based on the violations of U.S.C.A 14th and 8th Amendments.

The D.O.C. has denied and rejected his complaints that the D.O.C. is taking 100% and 50% deductions of all funds in his trust account in violation of: State Statues 973.05, schedule payments of 25% of wages; PLRA filing fees of a rate of 20% of average account balance or wages; and the D.O.C has broken with the jurisdiction of the Court of Convictions Judgement of conviction.

Please assign a case number.

Scott Prouty #474076; SA 380.
SCI 100 Corrections way
Stanley, WI 54768